# EXHIBIT "A"

# EXHIBIT "A"

Las Vegas Justice Court
Electronically Filed
12/25/2020 11:40 AM
Suzan Baucum
CLERK OF THE COURT

| JUSTICE COURT, LAS VEGAS TOWNSHIP Clark County, Nevada | Case No. 20A003560 |
|---|---|
| Name and Address of Plaintiff(s): Josef Guttmann 721 Campbell Dr LAS VEGAS NV 89107 | Department No. Department #: LVJC 4 |
| Plaintiff(s)' Email Address: yosigut@gmail.com | SMALL CLAIMS COMPLAINT |
| Plaintiff(s)' Telephone Number: 725-222-0622 | Select Case Type: |
| VERSUS | ☒ Individual Plaintiff ☒ Business Plaintiff ☐ State or County Agency Plaintiff |
| Name and Address of Defendant(s): JPMCB CARD SERVICES PO BOX 15369 WILMINGTON, DE 19850 USA | ☐ NRS604(A) Complaint (Payday Loans – requires Defaulted Loan Worksheet as page #2, Proof of Debt and Repayment Offer Letter) ☐ NRS97 (A) Complaint – (Bought/Sold Credit Card Debt – requires last 4 digits of card issuers in the Affidavit) ☐ Inmate suing State of Nevada ex rel Department of Corrections |
| Defendant(s)' Telephone Number: (800) 945-2000 | ☐ Inmate suing any party except State of Nevada ex rel Department of Corrections |

STATE OF NEVADA )
COUNTY OF CLARK )

I, (insert your name) JOSEF GUTTMANN, being first duly sworn, deposes and says: That the defendant is indebted to the plaintiff in the sum of $ 1,000 ; that the reason for this indebtedness is: Failure to comply with the Fair Credit Reporting Act, Defamation and Blocking access to credit, False reporting to Credit Reporting Agency

that this affiant has demanded payment of the sum; that the defendant refuses to pay the same; that the defendant(s) is a resident of, does business in, or is employed in Las Vegas Township, in the County of Clark, State of Nevada; that affiant resides at the above address.

Signature of Affiant _____
Dated 12/25/2020
Print Name JOSEF GUTTMANN
Attorney for Pro Se

You MUST have this affidavit notarized (block on the left) or sign the unsworn declaration per NRS 53.045 (block on the right).

| SUBSCRIBED AND SWORN to before me this ___ day _____, 20 ___ (Notary Signature) NOTARY PUBLIC in and for the. County of _____ State of _____ | OR: UNSWORN DECLARATION: Per NRS 53.045 "I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct." Date 12/25/2020 Signature _____ Typed or printed name JOSEF GUTTMANN |
|---|---|

The Plaintiff(s) must serve two (2) documents: (1) Small Claims Complaint and (2) Instructions to Plaintiff or Defendant.

### SUMMONS & ORDER TO APPEAR

NOTICE: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR PRESENCE UNLESS YOU APPEAR ON THE FOLLOWING DATE.
You are hereby ordered to appear for trial on the Plaintiff's claim at the Justice Court, Las Vegas Township located at:
CLARK COUNTY REGIONAL JUSTICE CENTER, 200 LEWIS AVE, LAS VEGAS, NV 89101

ON 04/06/21 AT THE HOUR OF 1:00 PM COURTROOM 7B and present any defense you may have. You must arrive 30 minutes before your trial time to check in with the clerk. A mediator will be available in the courtroom prior to your trial should you wish to mediate this matter. You are further notified that in the event you do not appear, Default Judgment can be entered against you in the amount claimed due by the Plaintiff, which can result in the garnishment of wages and seizure of property. **PLEASE BRING WITH YOU ALL WITNESSES, AN ORIGINAL, AND 2 COPIES OF ANY EVIDENCE, RECEIPTS OR BOOKS, NECESSARY TO PROVE YOUR CASE.**

APPROPRIATE COURTROOM ATTIRE REQUIRED. NO SHORTS, HALTER OR TANK TOPS. SHOES ARE REQUIRED. NO FOOD OR DRINK PERMITTED. NO SMOKING IN THE COURTHOUSE. CHILDREN MUST REMAIN QUIET.

LVJCVL Form -10 Revised 01/17

Rec'd by hand
January 19, 2021
13:47 Hrs
/DH

Case Number: 20A003560